**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Kelly Tarantino, individually on behalf of herself and all others similarly situated,<br><br>        Plaintiffs,<br>v.<br><br>Avrio Health,<br><br>        Defendant. | Case No. 2:20-cv-05220-JS-AYS<br><br>**Notice of Voluntary Dismissal Without Prejudice** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice

Dated: May 7, 2021

By:   /s/ Jason P. Sultzer
Jason P. Sultzer, Esq.
The Sultzer Law Group, P.C.
85 Civic Center Plaza, Suite 200
Poughkeepsie, New York 12601
Phone: (845) 483-7100
sultzerj@thesultzerlawgroup.com

*Counsel for Plaintiff*

The Clerk of Court is directed to close this case.  SO ORDERED this 11th day of May 2021 at Central Islip, New York.

/s/ JOANNA SEYBERT
Joanna Seybert, U.S. District Judge